DISTRICT OF OREGON, ss: AFFIDAVIT OF GARRETT DRISCOLL

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Special Agent Garrett Driscoll, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have been since November 2023. My current assignment is the Portland, Oregon Field Office. My training and experience include twenty-seven (27) weeks of Criminal Investigator and ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to that, I was a police officer and sergeant for the Sugar Land Police Department, in Sugar Land, Texas for ten (10) years. I have participated in investigations involving firearms trafficking, National Firearms Act violations, unlawful firearms possession, and illegal narcotic trade, which often involves firearms. I have participated in investigations involving complex criminal organizations and gangs which often involve the illegal use and possession of firearms. I have participated in investigations where the use of computers, smart phones, digital media, and the internet have been used in furtherance of crimes related to the illegal possession and/or trafficking of firearms and illegal narcotics.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Aaron Nathanial **Stauffer** (DOB: XX/XX/1971) for Manufacture, Distribute, or Possess Controlled Substance in violation of 21 U.S.C. § 841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c). As set forth below, there is probable cause to believe, and I do believe, that Aaron N. Stauffer committed the federal Violation of Manufacture, Distribute, or Possess Controlled Substance in violation of 21 U.S.C. §

841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c).

**Applicable Law**

3. Title 21 U.S.C. § 841(a)(1) provides that it shall be unlawful for any person to knowingly or intentionally manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

4. Title 18 U.S.C. 924(c) provides that it is unlawful to possess a firearm to further a drug trafficking crime.



*Oregon DL Photo of Aaron N. Stauffer*

**Statement of Probable Cause**

5. On October 20, 2026, the ATF, with the assistance of the Department of Homeland Security's BORTAC, executed a federal search warrant at 17201 S North End Rd., Oregon City, Oregon. The target of the search warrant of Steven Hatcher, who was previously indicted for Conspiracy to Distribute Controlled Substances and Distribution of

Methamphetamine. Hatcher resides at the premises. Investigators located approximately five pounds of methamphetamine in Hatcher's bedroom.

6. During the securing of the premises, BORTAC detained Aaron N. Stauffer, who was within the residence located on the premises. According to Clackamas County property records, Aaron N. Stauffer is the property owner of the parcel located at 17201 S North End Rd., Oregon City, Oregon.






7. I interviewed Stauffer after the securing the premises and the search was underway. Due to the nature of the allegations alleged in the search warrant, the presence of several firearms within the residence, and the presence of suspected narcotics throughout the residence, Stauffer remained in handcuffs during the interview. Before I began interviewing

Stauffer, I informed him that he was not under arrest at that time. However, because Stauffer was handcuffed, I read him his *Miranda* rights and he verbally agreed to speak with me. During the interview, Stauffer acknowledged that the premises belonged to him, as did a red Corvette (OR LP: 678 MVQ) parked in the driveway. Stauffer stated that the Corvette was currently his "everyday commuting" vehicle due to his truck needing repairs. According to the Oregon Department of Motor Vehicles, the Corvette bearing Oregon license plate "678 MVQ" is registered to Aaron Nathanial Stauffer (01/07/1971 & OR DL: 4701902). During the same interview, Stauffer was adamant that he does not use methamphetamine, and has no understanding why methamphetamine may be in his residence, outside of another resident's bedroom.

```
MHV08300000.QRS.10202026
L,678MVQ
MA:CHEV /CVT S:2D Y:2005  L:  SP:0  10-17-2025
ID:1G1YY24U955133427  TI:OR0002927916  TS:VALID
CD:C EXP:07-23-2027 P/DT:09-22-2021 FL:
04:STAUFFER, AARON NATHANIAL  01-07-1971 X 4701902
R:630 FIRST ST
  GLADSTONE  OR  97027  03  CLACKAMAS COUNTY

DEAF OR HARD OF HEARING:  N

INSURANCE INFORMATION

COMPANY:  STATE FARM INSURANCE COMPANY
POLICY NO: 438844637  (POLICY) TYPE: VEHICLE
EFFECTIVE: 08-12-2022  TERMINATION: 00-00-0000

DISPLAY COMPLETE  R=Y  C=N  S=N

----------------------------------
Received on 10/20/26 at 15:19:40
----------------------------------
```

8. Pursuant to the federal search warrant, all vehicles located on the premises were subject to search. The ATF conducted a search of the red Corvette registered to Stauffer. During that search, the ATF located a canvas bag in the front passenger seat. Inside the canvas bag, the ATF recovered a silver and black FEG PA-63 handgun (S/N: L021321), chambered in 9mm Makarov. Inside the same canvas bag, and next to the handgun, was a ziplock bag containing a clear, rock-like substance believed to be suspected methamphetamine.

9. Based on training and experience, I believe the amount of methamphetamine was more than a user quantity and possessed with the intent to distribute. There was also a used pipe commonly used to smoke methamphetamine. See photos.









10. The suspected methamphetamine was later weighed and tested. The total weight of the suspected methamphetamine, including packaging, was fifty-four (54) grams. The substance was tested with a NIK test which yielded a presumptive positive result for the presence of methamphetamine.







11. The firearm was listed as "stolen" in the National Crime Information Center out of Clackamas County. The victim was listed as "Aaron Stauffer."

```
LHV08300000.REUR  0830  LEDS
.QG.ORATF02S0.SER/L021321


MATCHED ON *SER*

STOLEN GUN
ESG OR0030000 TYP/PI  SER/L021321
 MAK/HUNGARY USE COUNTRY CODE IF MAKE CAN NOT BE DETERMINED  MOD/FEG PA63
      CAL/9
 VAL/100     DOT/2021/01/06
 OCA/21-014414  NOA/NO
 MIS/FEGYVERGYAR HUNGARIAN ARMS CONFIRM 503-785-5200

   **VICTIM INFORMATION**
 NAM/STAUFFER, AARON                  DAC/2021/07/15
 ADR/630 1ST ST
 CITY/GLADSTONE               STE/OR ZIP/97027
 VPH/(503) 771-7202

 ENT: 2021/07/15 AT 0735 FROM L8TC BY/CLACKAMAS COUNTY SHERIFFS OFFICE (OCS)
LNU/G082564414          RECORD IN NCIC/YES  NIC/G835398399
CONFIRM RECORD WITH ORI


CHECKING NCIC

----------------------------------
Received on 10/20/26 at 15:33:23
----------------------------------
```

12. I know based on my training and experience that possessing and distributing drugs is a dangerous business. It is common for drug traffickers to possess firearms in

furtherance of their drug trafficking crimes for various reasons, including, protection of being robbed and having a firearm to collect debts. Further, I am aware of individuals involved in criminal activity will falsely report firearms stolen to avoid a connection to the firearm if the firearm is used unlawfully.

13. During the search warrant of the premises, investigators located a total of eighteen firearms, one of which was believed to be a machinegun, as well as several thousands of rounds of assorted calibers of ammunition. The firearms were located in several different rooms of the residence. The investigation into the firearms and ammunition is ongoing.[1]

14. Based on my training and experience, I am familiar with the facts and circumstances surrounding drug users and drug traffickers. I know a single use, commonly referred to as a "point" of methamphetamine is .1 to .2 grams and is most often burned and inhaled. The over 50 grams seized from **Stauffer**'s vehicle would contain approximately 250 to 500 uses. Methamphetamine is currently sold in the Oregon area for approximately $120.00 to $160.00 an ounce. The methamphetamine from **Stauffer's** vehicle was just over two ounces of methamphetamine. A single use or "point" can sell on the street to a user for between $10-$20. I know a person possessing ounces of methamphetamine is not possessing that methamphetamine for personal use, but rather such a quantity indicates they are possessed for distribution.

## Conclusion

15. Based on the foregoing, I have probable cause to believe, and I do believe, that Aaron Nathanial **Stauffer** committed the federal of Violation of Manufacture, Distribute, or

[1] Stauffer was previously convicted of several state felonies. However, he expunged those felony convictions. Stauffer was subject to a previous state investigation into possessing unlawful firearms, including machine guns in 2021. Stauffer was charged by the state, but the case was dismissed for various issues related to the search warrant.

Possess Controlled Substance in violation of 21 U.S.C. § 841(a)(1) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c). I therefore request that the Court issue a criminal complaint and arrest warrant for Aaron Nathanial **Stauffer**.

16. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney Lewis Burkhart, and AUSA Burkhart advised me that, in his opinion, the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

Garrett Driscoll
Special Agent, ATF

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:18 p.m. on October 21 2026.

HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge